No. 11-7929. Hassan Alwali, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1155, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 949.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 434 Fed. Appx. 886.

No. 11-7930. Tuan Bui, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1155, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 1051.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7940. Kenneth A. Jones, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1155, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 1040.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7943. Robert Lindsey, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1156, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 991.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-7945. David Chapel, III, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1156, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 912.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 446 Fed. Appx. 555.

No. 11-7951. Alonzo Quintanilla-Gonzalez, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1156, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 1025.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 450 Fed. Appx. 612.

No. 11-7953. Richard James Tucker, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1156, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 1008.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 434 Fed. Appx. 355.

No. 11-7956. Spencer Tyrone Webb, Petitioner v. United States.

565 U.S. 1183, 132 S. Ct. 1156, 181 L. Ed. 2d 1027, 2012 U.S. LEXIS 942.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 447 Fed. Appx. 506.